*Murphy* for respondent.

No. 595. EAGLE STAR & BRITISH DOMINIONS INS. CO. ET AL. *v.* NIAGARA FERRY & TRANSPORTATION CO. January 12, 1931. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Carroll Single* for petitioners. *Mr. Ray M. Stanley* for respondent.

No. 598. AMERICAN CAN CO. *v.* LADOGA CANNING CO. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William H. Thompson, Albert L. Rabb, Garrard B. Winston, John A. Garver, Lemuel A. Welles,* and *Leonard B. Smith* for petitioner. *Messrs. Solon J. Carter, Harold K. Bachelder,* and *William C. Bachelder* for respondent.

No. 599. DIRECTOPLANE CORP. *v.* HUEBNER-BLEISTEIN PATENTS CO. January 12, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Glen E. Smith, Reeve Lewis,* and *Frank Parker Davis* for petitioner. *Messrs. George I. Haight* and *Samuel W. Banning* for respondent.

No. 582. W. J. McCAHAN SUGAR REFINING & MOLASSES CO. ET AL. *v.* NORTON, DEPUTY COMMISSIONER. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Maurice W. Sloan* for petitioners. *Solicitor General*

900

*Thacher* and *Messrs. Mortimer W. H. Cox, Claude R. Branch, J. Frank Staley, W. Clifton Stone,* and *W. Marvin Smith* for respondents.

No. 593. SEABOARD AIR LINE RY. Co. *v.* LINK. January 19, 1931. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Mr. Murray Allen* for petitioner. *Mr. James D. Poag* for respondent.

No. 594. KING AMUSEMENT Co. *v.* COMMISSIONER OF INTERNAL REVENUE. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Abraham J. Levin* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, John G. Remey,* and *Paul D. Miller* for respondent.

No. 597. HAUPTMAN ET AL. *v.* UNITED STATES. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert W. Jennings* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 602. ATLANTIC TRANSPORT Co. *v.* KOPFINGER. January 19, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Cletus Keating* for petitioner. *Mr. Charles A. Ellis* for respondent.